## M A N F R E D I   L A W   G R O U P ,   P L L C

_____

Attorney at Law
302 East 19th St. Suite 2A
New York, New York 10003
info@manfredilawgroup.com

John Manfredi

ph: 347 614 7006
f:  347 332 1740

September 26, 2016

Judge Lorna G. Schofield
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  CASE NO.  16-2139

Dear Chambers:

This letter is a response to your request for diversity jurisdiction.

Fidessa Corporation is organized in Delaware and registered in New York as an active foreign business corporation (id # 2399635) with a principal place of business and offices at 17 State Street, 42nd Floor, New York, NY 10004.

Ascendiant Capital Markets' principals are domiciled in California.

The parties have agreed to a one day mediation for settlement purposes with Magistrate Judge Gorenstein.


Sincerely,

 /s/ John Manfredi

John Manfredi


CC:  Todd Wengrovsky, PLLC